FILED
RICHARD W. NAGEL
CLERK OF COURT

2017 DEC 12  AM 11:09

U.S. DISTRICT COURT
SOUTHERN DIST. OHIO

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF THE SEARCH OF | : | CASE NO. 3:17mj575 |
| SEALED DOCUMENT | : | ORDER SEALING APPLICATION, SUPPORTING AFFIDAVIT, |
| | : | WARRANT AND RETURN |

Upon Motion of the United States Attorney and for good cause shown;

IT IS ORDERED that the Application, Supporting Affidavit, Warrant and Return for captioned Tracking Warrant be sealed and kept from public inspection until further Order of this Court.

_____
MICHAEL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE